GRODSKY & OLECKI LLP
Allen B. Grodsky (SBN 111064)
*allen@thegolawfirm.com*
Tim B. Henderson (SBN 281159)
*tim@thegolawfirm.com*
2001 Wilshire Boulevard, Suite 210
Santa Monica, California 90403
Telephone: (310) 315-3009
Facsimile: (310) 315-1557

Attorneys for Defendants
Toddy Inc. and Todrick Hall

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN M. LAND JR., an individual,<br><br>    Plaintiff,<br>  v.<br><br>TODDY INC., a California corporation, TODRICK HALL, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02822-R (JPRx)<br><br>Hon. Manuel Real<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

# ORDER

The Court having considered the Joint Stipulation of Voluntary Dismissal of Action with Prejudice and for good cause appearing:

IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice with each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Date: April 4, 2019

_____
Hon. Manuel Real
U.S. District Judge